540 U.S. 917
 GONZALES
v.
UNITED STATES.
RODRIGUEZ-LUIS
v.
UNITED STATES.
RIASCOS
v.
UNITED STATES.
HINOJOSA
v.
UNITED STATES.
OROZCO
v.
UNITED STATES.
PARDO-RODRIGUEZ
v.
UNITED STATES.
GONZALEZ ABAZAN
v.
UNITED STATES.
YANEZ-BENAVIDES, AKA RAMIREZ-MONTOYA
v.
UNITED STATES.
NAJERA-GUERRA
v.
UNITED STATES.
DIEGUEZ-GARCIA
v.
UNITED STATES.
HERNANDEZ
v.
UNITED STATES.
ROMO
v.
UNITED STATES.
STEWART
v.
UNITED STATES.
MENDOZA-OCHOA, AKA CLARO-ALFARO
v.
UNITED STATES.
SANCHEZ-PEREZ
v.
UNITED STATES.
MARTIN
v.
UNITED STATES.
 No. 03-5566.
 Supreme Court of United States.
 October 6, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 66 Fed. Appx. 526, 67 Fed. Appx. 243, 67 Fed. Appx. 245, 67 Fed. Appx. 247, 67 Fed. Appx. 253, 67 Fed. Appx. 244, 73 Fed. Appx. 79, 67 Fed. Appx. 244, 67 Fed. Appx. 245, 67 Fed. Appx. 245, 67 Fed. Appx. 246, 67 Fed. Appx. 246, 66 Fed. Appx. 525, 67 Fed. Appx. 246, 67 Fed. Appx. 247, 67 Fed. Appx. 252.